UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANPING DU,<br><br>             Plaintiff,<br><br>     v.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No. 24-cv-02317-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on July 30, 2024. Having considered the parties' proposals, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery (if any) | February 6, 2025 |
| Deadline to file Dispositive Motions | February 13, 2025 |
| Deadline to File Opposition Briefs | March 6, 2025 |
| Bench trial / hearing (three hours maximum) | March 20, 2025 at 10:00 a.m. |

//
//
//
//
//
//

1   These dates may only be altered by order of the Court and only upon a showing of good

2   cause. The parties are directed to review and comply with this Court's standing orders.

3   **IT IS SO ORDERED.**

4   Dated:   8/8/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge