Brian H. Kim (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94705
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YANPING DU, <br><br> Plaintiff, <br><br> v. <br><br> RELIANCE STANDARD INSURANCE COMPANY, <br><br> Defendant. | Case No.: 4:24-cv-2317 HSG <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE** |

    Plaintiff Yanping Du and Defendant Reliance Standard Insurance Company, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

    **IT IS SO STIPULATED.**

///

///

///

CASE NO. 4:24-cv-2317 HSG     1     STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER DISMISSING CASE WITH PREJUDICE

283821962v.1

| | | |
|---|---|---|
| Date: October 24, 2024 | | BOLT KEENLEY KIM LLP |
| | By: | /s/ Brian H. Kim |
| | | Brian H. Kim |
| | | Attorneys for Plaintiff |
| | | YANPING DU |
| Dated: October 24, 2024 | | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
| | By: | /s/ Qwalyne Elise Lawson |
| | | Qwalyne Elise Lawson |
| | | Attorneys for Defendant |
| | | RELIANCE STANDARD INSURANCE COMPANY |

**ORDER DISMISSING CASE WITH PREJUDICE**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation and hereby ORDERS that this action, Case No. 4:24-cv-2317 HSG, is dismissed in its entirety with prejudice, with each party to bear its own fees, costs, and expenses in this matter.

**IT IS SO ORDERED.**

Dated:   10/25/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court

CASE NO. 4:24-cv-2317 HSG    2    STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE

283821962v.1